**Judge McMahon**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**'08 CIV 6070**

---------------------------------------------------------X
FIREMAN'S FUND INSURANCE CO. a/s/o
RISONA, INC.,

        Plaintiff,

  - against -

EXPLORE AIRTRANS SERVICES, LLC,

        Defendant.
---------------------------------------------------------X

FRCP RULE 7.1
DISCLOSURE STATEMENT

08 Civ.

JUL 02 2008

    NOW comes plaintiff, FIREMAN'S FUND INSURANCE COMPANY a/s/o RISONA, INC., and submits in duplicate its Disclosure Statement pursuant to F.R. Civ. P., Rule 7.1.

    ALLIANZ (NYSE: AZ) is the publicly traded parent company of FIREMAN'S FUND INSURANCE COMPANY. RISONA, INC. is not a publicly traded company.

Dated: New York, New York
       July 2, 2008
       299-736

                              CASEY & BARNETT, LLC
                              Attorneys for Plaintiff

                              By: _____
                              Christopher M. Schierloh (CS-6644)
                              317 Madison Avenue, 21st Floor
                              New York, NY 10017
                              (212) 286-0225