4413-003

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
FIREMAN'S FUND INSURANCE CO. a/s/o
RISONA, INC.,

                              Plaintiff,

           -against-

EXPLORE AIRTRANS SERVICES, LLC

                             Defendants.
------------------------------------------------------------X

Index No. 08 CIV 6070

FED. R. CIV. P.
7.1 CERTIFICATION

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure of the United States District Courts, the undersigned counsel for defendant Explore Airtrans Services, LLC (a private non-governmental party) certifies upon information and belief that there are no public parents or affiliates and no publicly held corporation owns more than ten percent of the stock.

Dated: July 22, 2008
       New York, New York

                                        DEORCHIS & PARTNERS, LLP
                                        Attorneys for Defendant
                                        Explore Airtrans Services, LLC

                                        By: _____
                                        Richard L. Furman
                                        61 Broadway, Suite 2600
                                        New York, New York 10006
                                        (212) 344-4700
                                        Our File: 4413-003

W:\4413-003\legals\rule 7.1 072208.rlf.doc