UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
FIREMANS FUND INSURANCE CO. a/s/o
RISONA, INC.,

                08 Civ. 6070 (CM)

      Plaintiff,

    - against -                STIPULATION AND ORDER
                                        OF DISCONTINUANCE

EXPLORE AIRTRANS SERVICES, LLC,

      Defendant.
------------------------------------------------------------X

      IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, attorneys for the parties herein, that the above-captioned matter be and hereby is discontinued with prejudice and without costs to any party, subject to re-opening within thirty (30) days of entry of this Order in the event the settlement is not consummated.

Dated: New York, New York
       August 25, 2008

CASEY & BARNETT, LLC                DEORCHIS & PARTNERS, LLP
Attorneys for Plaintiff                      Attorneys for Defendant

By: _____          By: _____
   Christopher M. Schierloh (CS-            Richard L. Furman (RF-0250)
6644)                                                  61 Broadway, 26th Floor
317 Madison Avenue, 21st Floor         New York, New York 10006
New York, New York 10017             (212) 344-4700
(212) 286-0225


**SO ORDERED:**


_____
   U.S.D.J.