McMAHON, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
FIREMANS FUND INSURANCE CO. a/s/o
RISONA, INC.,

        Plaintiff,

   - against -

EXPLORE AIRTRANS SERVICES, LLC,

        Defendant.
---------------------------------------------------------------X

08 Civ. 6070 (CM)

**STIPULATION AND ORDER OF DISCONTINUANCE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, attorneys for the parties herein, that the above-captioned matter be and hereby is discontinued with prejudice and without costs to any party, subject to re-opening within thirty (30) days of entry of this Order in the event the settlement is not consummated.

Dated: New York, New York
       August 25, 2008

CASEY & BARNETT, LLC
Attorneys for Plaintiff

By: _____
Christopher M. Schierloh (CS-6644)
317 Madison Avenue, 21st Floor
New York, New York 10017
(212) 286-0225

DEORCHIS & PARTNERS, LLP
Attorneys for Defendant

By: _____
Richard L. Furman (RF-0250)
61 Broadway, 26th Floor
New York, New York 10006
(212) 344-4700

SO ORDERED:

_____
U.S.D.J.

9-2-08

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/2/08